IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 17 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr99WHB-FKB

CHARLES MARCEL NANCE  18 U.S.C. § 922(g)(1)

**The Grand jury charges:**

That on or about July 25, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **CHARLES MARCEL NANCE,** having been convicted on or about June 22, 2012, in the First Judicial District of Hinds County, Mississippi, Criminal Cause Number 11-1-640-JAW, of the crime of House Burglary, a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, that is, a Springfield XD45, .45 caliber pistol, serial number, US684880, which had been previously transported in interstate commerce.

All in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, and all property used to facilitate the offense. The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

1) Springfield XD45, .45 caliber pistol, serial number, US684880.

2) 14 live rounds of .45 caliber ammunition and magazine.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d), Title 18, United States Code.

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

A TRUE BILL:
/S/SIGNATURE REDACTED
Foreperson of the Grand Jury

GREGORY K. DAVIS
United States Attorney

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 17th day NOVEMBER, 2015.

United States Magistrate Judge